[Nos. 26394-1-III; 26495-5-III.   Division Three.   December 2, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON STEPHEN VAN ANTWERP, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. JUSTIN TYE CLIFTON, *Appellant*.

Appeals from judgments of the Superior Court for Benton County, Nos. 07-1-00622-6 and 07-1-00617-0, Carrie L. Runge, J., entered August 16 and September 20, 2007. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kulik, A.C.J., and Korsmo, J.

[No. 26502-1-III.   Division Three.   December 2, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. SHAWN MICHAEL MILLER, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 07-1-00464-8, Kenneth L. Jorgensen, J., entered October 9, 2007. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Kulik, A.C.J., and Brown, J.

[No. 26508-1-III.   Division Three.   December 2, 2008.]

LISA D. CHRIST, *Respondent*, v. LESLIE HAMILTON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 07-2-00610-3, Kathleen M. O'Connor, J., entered September 20, 2007. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Schultheis, C.J., and Korsmo, J.

[No. 26840-3-III.   Division Three.   December 2, 2008.]

DONALD EARL MILLER, *Appellant*, v. COSTCO WHOLESALE CORPORATION, *Respondent*.

Appeal from a judgment of the Superior Court for Douglas County, No. 05-2-00144-2, John Hotchkiss, J., entered February 1, 2008. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Schultheis, C.J., and Kulik, J.